# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ABIGAIL F. RANSOM, et al., | § § | |
| Plaintiffs, | § § | Civil Action No. A:10-CA-857-AWA |
| v. | § § | |
| M. PATEL ENTERPRISES, INC., et al. | § § | |
| Defendants. | § § § | Collective Action Pursuant to 29 U.S.C. § 216(b) |

## PARTIES' ADVISORY TO THE COURT OF AGREED UPON DAMAGES CALCULATIONS PURSUANT TO THE COURT'S ORDER OF OCTOBER 16, 2013

The Parties file this Advisory to the Court of Damages Calculations pursuant to the Court's Order of October 16, 2013 (Clerk's Doc. No. 229). They show as follows:

Counsel for the Parties have conferred, and the Parties agree that the damages calculations submitted with this Report are mathematically accurate under the Fifth Circuit's opinion of August 16, 2013 in this matter.

The total damages in the form of unpaid wages (including overtime and, where applicable, minimum wages) for each of the Plaintiffs and a calculation of liquidated damages are set forth in the table below:

| Plaintiff | Total Unpaid Wages | With Liquidated Damages |
|---|---:|---:|
| Ransom, Abigail | $1,000.04 | $2,000.08 |
| Kurz, Bonnie | $1,603.15 | $3,206.30 |
| Hopmann, Lori | $2,345.63 | $4,691.26 |
| Owings, Daniel | $13,932.03 | $27,864.06 |
| Henneman, Vernon | $7,567.93 | $15,135.86 |
| Gilbertson, Damien | $1,415.87 | $2,831.74 |
| Gilbertson, Stephen | $377.91 | $755.82 |
| Guzman, Jocelyn | $901.27 | $1,802.54 |
| Waters, Crystal | $3,895.96 | $7,791.92 |
| Mosley, Jessica | $2,103.37 | $4,206.74 |
| Latoszewski, Chad | $1,445.51 | $2,891.02 |
| McFadden, Joshua | $0.00 | $0.00 |
| Bosquez, Paula Ashley | $1,154.30 | $2,308.60 |
| Herrington, Stephanie | $400.20 | $800.40 |
| Touchet, Leslie | $0.00 | $0.00 |
| Perry, Shannon | $857.25 | $1,714.50 |
| **Totals** | **$39,000.42** | **$78,000.84** |

Respectfully submitted,

**MORELAND LAW FIRM, P.C.**
13500 Ranch Road 12, Suite E
Wimberley, Texas 78676
(512) 722-3692
(512) 233-5172 - Telecopier

By: /s/ Edmond S. Moreland, Jr.
    EDMOND S. MORELAND, JR.
State Bar No. 24002644
edmond@morelandlaw.com

**KATOR, PARKS & WEISER, P.L.L.C.**
1609 Shoal Creek Blvd., Suite 201
Austin, Texas 78701
(512) 322-0600
(512) 473-2813 - Telecopier
www.katorparks.com

**DAVID WEISER**
State Bar No. 21107470

dweiser@katorparks.com

ATTORNEYS FOR PLAINTIFFS

BLAZIER, CHRISTIANSON, BIGELOW
& VIRR, P.C.
221 West 6th St., Suite 2000
Austin, Texas 78701
512.476.2622
(fax) 512.476.8685

_____
JUSTIN M. WELCH
State Bar No. 24003876
jwelch@blazierlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 28th day of October, 2013, this document was submitted for electronic filing, and a true and correct copy of the foregoing instrument shall be served on the following opposing counsel by operation of the Court's ECF system:

Mr. Justin M. Welch
Blazier, Christensen, Bigelow & Virr, P.C.
221 West 6th Street, Suite 2000
Austin, Texas 78701

/s/ Edmond S. Moreland, Jr.
EDMOND S. MORELAND, JR.