**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ABIGAIL F. RANSOM, et al. | § | |
| | § | |
| V. | § | A-10-CA-857 AWA |
| | § | |
| M. PATEL ENTERPRISES, INC., et al. | § | |

**FINAL JUDGMENT**

Having signed the Parties' Agreed Motion to Dismiss the case, the Court **HEREBY ORDERS** that Plaintiffs take nothing on their claims against the Defendants, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that any pending motions are **DENIED AS MOOT**, and that this case be **CLOSED**.

SIGNED this 23rd day of December, 2013.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE